

DLA Piper LLP (US)
51 John F. Kennedy Parkway, Suite 120
Short Hills, New Jersey  07078-2704
www.dlapiper.com

B. John Pendleton, Jr.
john.pendleton@dlapiper.com
T  973.520.2561
F  973.520.2581

*Partners Responsible for Short Hills Office:*
*Andrew P. Gilbert*
*Michael E. Helmer*

October 27, 2016
*VIA* ECF

Honorable Katharine S. Hayden
United States District Court for the District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street, Room 4015
Newark, NJ   07102

Re:   Domain Capital, LLC and DC Equities, LLC v. 6047351 Canada, Inc. et al., Civil Action No. 2:10-cv-00019

Dear Judge Hayden:

We are writing to advise the Court that DLA Piper LLP (US) no longer represents the defendants in this matter.  We have forwarded plaintiffs' Motion to Enforce Settlement Agreement and Enter Stipulated Judgment [Docket # 86], and Motion to Seal [Docket # 87] to the defendants and confirmed their receipt of the papers.  It is our understanding that they do not plan to oppose plaintiffs' motions or enforcement of the settlement agreement.

Respectfully,

**DLA Piper LLP (US)**

/s B. John Pendleton, Jr.
B. John Pendleton, Jr.

cc:   Scott R, Matthews, Esq. (Via ECF and Email)
      Shona Godwin (Via Email)
      Richard Meltzer (Via Email)